# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | | |
|---|---|---|
| DEVON ABDULLAH WARITH, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:17-CV-3054-SMJ |
| SHERIFF HULL, et al., | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: This action is DISMISSED WITHOUT PREJUDICE for failure to prosecute.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Salvador Mendoza, Jr. on a Report and Recommendation to Dismiss (ECF No. 11).

Date: September 5, 2017

*CLERK OF COURT*

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*

Penny Lamb